1 | AARON P. MINNIS, BAR NO. 202935
aaron@minnisandsmallets.com
2 | SONYA L. SMALLETS, BAR NO. 226190
sonya@minnisandsmallets.com
3 | EVAN R. ETTINGHOFF, BAR NO. 298949
evan@minnisandsmallets.com
4 | MINNIS & SMALLETS LLP
369 Pine Street, Suite 500
5 | San Francisco, California 94104
Telephone: (415) 551-0885
6 | Fax: (415) 683-7157

7 | Attorneys for Plaintiff
TAM PATANE
8 |
RONALD F. GARRITY, BAR NO. 110488
9 | rgarrity@sgijlaw.com
JOSEPH B. MARTIN, BAR NO. 284156
10 | jmartin@sgijlaw.com
KENDALL M. BURTON, BAR NO. 228720
11 | kburton@sgijlaw.com
SIMPSON, GARRITY, INNES & JACUZZI
12 | Professional Corporation
601 Gateway Boulevard, Suite 950
13 | South San Francisco, California 94080
Telephone: (650) 615-4860
14 | Fax: (650) 615-4861

15 | Attorneys for Defendant
SATELLITE HEALTHCARE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TAM PATANE, | Case No. 5:19-cv-00293 BLF |
| Plaintiff, | |
| v. | **STIPULATION AND (PROPOSED) ORDER PURSUANT TO CASE MANAGEMENT ORDER** |
| SATELLITE HEALTHCARE, INC.; and DOES 1 through 10, inclusive, | **Judge:** Hon. Beth Labson Freeman<br>**Courtroom:** 3 – 5th Floor<br>**Complaint filed:** November 19, 2018<br>**Trial Date:** June 22, 2020 |
| Defendants. | |

Pursuant to the Court's Case Management Order of May 2, 2019, the parties hereby stipulate to the following pre-trial deadlines and request the Court to order the same:

1. Fact Discovery Cut-off: January 31, 2020
2. Designation of Experts: March 24, 2020
3. Expert Discovery Cut-off: April 23, 2020

Date: May 17, 2019

Respectfully Submitted,

MINNIS & SMALLETS LLP

By: _/s/ Aaron P. Minnis_
AARON P. MINNIS, ESQ.
SONYA L. SMALLETS, ESQ.
EVAN R. ETTINGHOFF, ESQ.
Attorneys for Plaintiff
TAM PATANE

SIMPSON, GARRITY, INNES & JACUZZI,
Professional Corporation

By: _/s/ Ronald F. Garrity_
RONALD F. GARRITY, ESQ.
JOSEPH B. MARTIN, ESQ.
KENDALL M. BURTON, ESQ.
Attorneys for Defendant
SATELLITE HEALTHCARE, INC.

## ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: __May 20__, 2019        _/s/ Beth Labson Freeman_
                              Judge Beth Labson Freeman
                              United States District Court
                              Northern District